**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIATH X. MEDINA, | ) CASE NO. 5:24-cv-01174-JC |
| Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is reversed and remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand and that Judgment is entered in favor of Plaintiff and against Defendant.

DATED: October 30, 2024

/s/
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE