Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd.  8th Floor
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
ELIATH XIOMAR MEDINA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ELIATH XIOMAR MEDINA,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 5:24-cv-1174-JC<br><br>ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,093.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  November 15, 2024                /s/
                                                 HON. JACQUELINE CHOOLJIAN
                                                 UNITED STATES MAGISTRATE JUDGE